RECEIVED
OCT 16 2023
U.S.C.A. 3rd. CIR

October 8, 2023

Dear Clerk of Courts,

I am writing to ask if Attorney Samuel Weiss of Rights Behind Bars has made an appearance as counsel on my behalf in my appeal? If not, I request that you please send me the proper Informal Brief documents so that I can prepare for my filing. Thank you.

Respectfully Submitted,

*[signature]*

Pro Se, Jose Montanez
KW8233
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654

Jose Montanez
    v.
Paula Price, et., al,

Case No. 23-2669

District Court No. 3:22-CV-1267

Smart Communications/PADOC
SCI- Huntingdon
Name Jose Montanez
Number KW8233

PO Box 33028

St Petersburg FL 33733

**INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS**



Clerk of Courts
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
OCT 16 2023
U.S.C.A. 3rd. CIR