23-2669

December 15, 2023

Dear Clerk of Courts,

I am writing to find out if you are in reciept of my October 26, 2023 letter where I asked that you please see to it that I am not represented by Mr. Samuel Weiss and am still pro se. I had originally signed an agreement with Mr. Weiss to represent me but changed my mind. I ment to write sooner but have been very busy concerning my criminal appeals and this slipped my mind. So, I ask that you please confirm for me that I am indeed still proceeding pro se, unless the court themselves has assigned me an attorney, and not represented by Mr. Weiss.

Thank you for your time and consideration of this issue.

Respectfully,
Jose Montanez

Jose Montanez
v.
Paula Price, et.al.,

Case No. 23-2669

District Court No.
3:22-CV-1267

Pro Se, Jose Montanez
KW8233
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA
16654

[Blank page — shows only bleed-through from the reverse side; U.S.C.A. 3rd Cir. "RECEIVED DEC 21 2023" stamp visible in mirror image at top left.]

Smart Communications/PADOC

SCI- Huntingdon

Name Jose Montanez

Number KW8233

PO Box 33028

St Petersburg FL 33733



RECEIVED
DEC 21 2023
U.S.C.A. 3rd. CIR

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



US POSTAGE PITNEY BOWES
ZIP 16652 $000.63
02 4W
0000372206 DEC 18 2023

Office of the Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

