

RECEIVED FEB 26 2024 U.S.C.A. 3rd CIR

Feb. 21, 2024

Dear Clerk of Courts

    I am writing to find out if there has been any court rulings/orders on any of the cases I have in this court. First, I filed a notice of appeal in this court for a civil action claim No. 3:22-CV-1267 which was docketed in this court on September 18, 2023 and given case No. 23-2669. As of the above date of February 21, 2024 I have not recived an ruling or order involving my appeal in this case.

Secound, I filed for Petition for En Banc Rehearing on December 4, 2023 in District Court Case No. 2:19-CV-2970 and Appeals No. C.A. 23-2263. Afterwards, this court filed an order for me to file a Motion to File out of Time on December 19, 2023. I complied by December 28, 2023 and have not heard anything regarding a ruling or order in this court case, since then, as of February 21, 2024.

The reason behind my inquiry into these matters is because I recived two (2) diffrent Unacceptable Correspondence Form forms from the mail office here at SCI-Huntingdon regarding legal mail from this court with invalid court control numbers (a copy of each of these documents are enclosed).

The first time I recived one of these Unaccepable Correspondence forms was on January 18, 2024 regarding invalid court number #823836. The next one I recived on January 29, 2024 regarding invalid court number #827450. I have already written to this court once before regarding this matter and have yet to recive a response regarding this invalid court control number issue. Now I hope that you at least let me know if there have been any rulings in my cases and if those invalid court control numbers I have mantioned were from the rulings made in my cases.

Thank you for your time and consideration in this matter.

                                              Respectfully,

                                              *Jose Montanez*

Jose Montanez
     v
Paula Price, et. al.,
3:22-cv-1267 / 23-2669

Jose Montanez
     v
SCI-Huntingdon, Superintendent
2:19-cv-2970 / 23-2263

Pro Se, Jose Montanez
KW8233
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654

# Unacceptable Correspondence Form

| | |
|---|---|
| **Inmate Name:** Montanez, Jose | **Inmate Number:** KW8233 |
| **Date:** 01/18/2024 | **SCI/Housing Unit:** AA |

**Sender's Name and Address:** United States Court of Appeals
601 Market Street
Philadelphia, PA 19106

*RECEIVED FEB 26 2024 USCA 3rd CIR*

## Return to Sender

☐ Your correspondence has been Returned to Sender for the following reason:

| | |
|---|---|
| ☐ Non-privileged – incorrectly sent to Institution | ☐ No return address |
| ☐ Has postage due | ☐ Other: Reference #823836, legal mail has been rejected and returned to sender for invalid court control number. No action is required from inmate. INFORMATION ONLY |
| ☐ Privileged mail that has incorrect coding | |

**Returned to Sender By:**

## Confiscation

☐ Your correspondence has been confiscated. Indicate your preference of disposition and return form. Confiscated Items will be destroyed if a response is not received within 15 days.

**Destroy:** ☐ Yes ☐ No **Inmate's Signature:**
**Return at your expense:** Attach an addressed envelope/cash slip and return this form.

**Reason for Confiscation:**

| | | | |
|---|---|---|---|
| ☐ | No return address | ☐ | Contains copyright material |
| ☐ | Contains personal checks, cash, or money orders | ☐ | Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| ☐ | Contains a driver's license, birth certificate, social security card, or other identity-related documentation that should have been sent to the Business Office | ☐ | Contains photographs that violate the Department's permitted content policy |
| ☐ | Contains unapproved tapes, CDs or videos | ☐ | Contains more than 25 photographs |
| ☐ | Contains UCC/Sovereign Citizen material | ☐ | Other: |

**Confiscated By:** DKW    **Date item shipped:**

**If you DO wish to appeal:**
The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

**If you DO NOT wish to appeal:**
The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

*DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual*
*Section 1 – Mail Processing Procedures*
Issued: 3/31/2022
Effective 3/31/2022

*Attachment 1-B*



# Unacceptable Correspondence Form

| | |
|---|---|
| **Inmate Name:** JOSE MONTANEZ | **Inmate Number:** KW8233 |
| **Date:** 1/29/24 | **SCI/Housing Unit:** AA HUN 139 |

**Sender's Name and Address:** UNITED STATE COURT OF APPEALS
601 MARKET ST
PHILA PA 19106

## Return to Sender

[✓] Your correspondence has been Returned to Sender for the following reason:

- [ ] Non-privileged – incorrectly sent to Institution
- [ ] No return address
- [ ] Has postage due
- [ ] Other:
- [✓] Privileged mail that has incorrect coding

**Returned to Sender By:** DES

## Confiscation

[ ] Your correspondence has been confiscated. Indicate your preference of disposition and return form. Confiscated Items will be destroyed if a response is not received within 15 days.

**Destroy:** [ ] Yes  [ ] No  **Inmate's Signature:**
**Return at your expense:** Attach an addressed envelope/cash slip and return this form.

**Reason for Confiscation:**

| | | | |
|---|---|---|---|
| [ ] | No return address | [ ] | Contains copyright material |
| [ ] | Contains personal checks, cash, or money orders | [ ] | Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| [ ] | Contains a driver's license, birth certificate, or other identity-related documentation that should have been sent to the Business Office | [ ] | Contains photographs that violate the Department's permitted content policy. |
| [ ] | Contains unapproved tapes, CDs or videos | [ ] | Contains more than 25 photographs |
| [ ] | Contains UCC/Sovereign Citizen material | [ ] | Other: |

**Confiscated By:** DES  **Date item shipped:**

**Reason for Confiscation continued:** REJECTED FOR INVALID COURT CONTROL NUMBER REF#827450

### If you DO wish to appeal:
The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

### If you DO NOT wish to appeal:
The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

cc: Facility Manager
Security Office

*DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual*   **Attachment 1-B**
*Section 1 – Mail Processing Procedures*
Issued: 3/31/2022
Effective: 3/31/2022

Smart Communications/PADOC

SCI- Huntingdon

Name Jose Montanez

Number KW8233

PO Box 33028

St Petersburg FL 33733

JOHNSTOWN PA 159
INMATE MAIL
23 FEB 2024 PM 1 L
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE
ZIP 16652 $ 000.64
02 4W
0000372161 FEB 23 2024

Office of The Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market street
Philadelphia, PA 19106

RECEIVED
FEB 2 2024
FEB 26 2024
U.S.C.A. 3rd. CIR

U.S.C.A. 3rd. CIR

1910681790