23-2669
JK



February 27, 2024

Dear Clerk of Court,

    I am writing to make you aware of my change of address as of the above date. I moved from SCI-Huntingdon to SCI-Benner Township. My new address is listed below.

Respectfully,
Jose Montanez

Jose Montanez
    v.
Paula Price, et. al.,

Court No. 23-2669
District Court No. 3:22-cv-1267

Pro Se, Jose Montanez
KW8233
SCI-Benner Township
301 Institution Drive
Bellefonte, PA 16823

Jose Montanez
    v.
Superintendent Huntingdon SCI, et. al.,
Court No. 23-2265
District Court No. 2:19-cv-2970

Smart Communications/PADOC

SCI- Benner Township

Name Jose Montanez

Number KW8233

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DPT OF
CORRECTIONS



Office of the Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
MAR - 5 2024
USCA 3d CIR.