

RECEIVED MAR 14 2024 U.S.C.A. 3rd. CIR

March 7, 2024

Dear Clerk of Courts,

As I have just recived your docketing statement regarding the listed case below and the order by this court entered — and amended, on 2/26/24 to file my Brief in Support I request that you please send me an Informal Brief as I am Pro Se and would need the assistance that the Informal Brief Form would give me in filing my Brief. Thank you for your time and consideration of this matter.

Respectfully,

*[signature: Jose Montanez]*

Jose Montanez

v

Paula Price, et. al.)

District Case No.
3:22-cv-1267

Appeals Court No. 23-2669

Pro Se, Jose Montanez
KW8233
SCI-Benner Township
301 Institution Drive
Bellefonte, PA 16823

Smart Communications/PADOC

SCI- Benner Township

Name Jose Montanez

Number KW8233

PO Box 33028

St Petersburg FL 33733

JOHNSTOWN PA 159

INMATE MAIL
PA DPT OF
CORRECTIONS

$ 000.64
ZIP 16823
02 4W
0000376203 MAR 08 2024

RECEIVED
MAR 14 2024
U.S.C.A. 3rd. CIR

U.S.D-X
S.W.S.N

Clerk of Court
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

19106\$1715