OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 15, 2024

Samuel H. Foreman, Esq.
Sean A. Kirkpatrick, Esq.
Keanna A. Seabrooks, Esq.
Claudia M. Tesoro, Esq.
Samuel Weiss, Esq.

RE: Jose Montanez v. Paula Price, et al
Case Number: 23-2669
District Court Case Number: 3-22-cv-01267

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits for **Friday, September 27, 2024,** in **PHILADELPHIA, PA.** It may become necessary for the panel to move this case to another day within the **week of September 23, 2024.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the first day of the panel sitting, you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

Page – 2 –                                          July 15, 2024

RE: Jose Montanez v. Paula Price, et al
Case Number: 23-2669
District Court Case Number: 3-22-cv-01267

The hyperlinks for access to the <u>acknowledgment form</u>, <u>application for admission</u>, and <u>appearance form</u> are provided for your convenience, and are also available on the <u>Third Circuit</u> website. Please file your completed acknowledgment form through CM/ECF.

Counsel are also asked to update their CM/ECF account with a cell phone number if one is not already included. Such information will not be publicly accessible and will be used if necessary to contact counsel expected to appear for oral arguments.

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914