OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 19, 2024

Samuel H. Foreman, Esq.
Jacob A. Frasch, Esq.
Sean A. Kirkpatrick, Esq.
Lillian Novak, Esq.
Keanna A. Seabrooks, Esq.
Claudia M. Tesoro, Esq.
Samuel Weiss, Esq.

RE: Jose Montanez v. Paula Price, et al
Case Number: 23-2669
District Court Case Number: 3-22-cv-01267

Dear Counsel:

At oral argument in this matter, the parties should be prepared to discuss, among other things:

1. Whether the Medical or Commonwealth Defendants are subject to suit in their individual capacities under Title II of the ADA.  *See Emerson v. Thiel Coll.*, 296 F.3d 184 (3d Cir. 2002); *Garcia v. S.U.N.Y. Health Scis. Ctr. of Brooklyn*, 280 F.3d 98 (2d Cir. 2001); *Alsbrook v. City of Maumelle*, 184 F.3d 999 (8th Cir.1999) (en banc).

2. Whether Wellpath LLC, as a private corporation that contracts with the Commonwealth to provide medical services in state prisons, is subject to suit under Title II of the ADA or the Rehabilitation Act.  Also, whether individual medical providers working with Wellpath are subject to suit under these statutes.  *See Edison v. Douberly*, 604 F.3d 1307 (11th Cir. 2010); *Green v. City of New York*, 465 F.3d 65 (2d Cir. 2006); *Matthews v. Pennsylvania Dep't of Corr.*, 613 F. App'x 163 (3d Cir. 2015); *Wilkins-Jones v. County of Alameda*, 859 F. Supp. 2d 1039 (N.D. Cal. 2012).

3. Whether Wellpath LLC is a recipient of federal funds.

4. The extent to which the Commonwealth remains liable under Title II of the ADA and the Rehabilitation Act for the actions of private contractors providing medical services to inmates within state prisons. *See Armstrong v. Schwarzenegger*, 622 F.3d 1058 (9th Cir. 2010); *Henrietta D. v. Bloomberg*, 331 F.3d 261 (2d Cir. 2003); 28 C.F.R. §§ 35.130, 35.152, 41.51.

5. Whether individual Medical Defendants were acting under color of state law for purposes of § 1983. *See West v. Atkins*, 487 U.S. 42 (1988); *Leshko v. Servis*, 423 F.3d 337 (3d Cir. 2005).

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932