No. 23-2669

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

JOSE MONTANEZ,

Plaintiff-Appellant,

v.

PAULA PRICE, et al.,

Defendants-Appellees.

On Appeal from the U.S. District Court
for the Middle District of Pennsylvania,
No. 3:22-CV-01267, Hon. Robert D. Mariani

**APPELLANT'S RESPONSE**

Samuel Weiss
RIGHTS BEHIND BARS
416 Florida Avenue NW
　#26152
Washington, DC 20001
202-455-4399
sam@rightsbehindbars.org

*Counsel for Plaintiff-Appellant*

## RESPONSE TO TEXT ORDER OF SEPTEMBER 16, 2024

Mr. Montanez does not wish to proceed *pro se*. His representations to the Court that he was proceeding *pro se* were drafted and mailed before undersigned counsel entered an appearance to represent him and he wishes to proceed with undersigned counsel. Inasmuch as any mention of his *pro se* status were considered by this Court as a request to proceed *pro se*, he hereby consents to the withdrawal or denial of said motion.

September 19, 2024

                                              Respectfully submitted,

                                              /s/ *Samuel Weiss*
                                              Samuel Weiss
                                              RIGHTS BEHIND BARS
                                              416 Florida Avenue NW
                                              #26152
                                              Washington, DC 20001
                                              202-455-4399
                                              sam@rightsbehindbars.org

                                              *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2024, I electronically transmitted the foregoing brief to the Clerk of the Court using the appellate CM/ECF System, causing it to be served on counsel of record, who are all registered CM/ECF users.

/s/ *Samuel Weiss*
Samuel Weiss