UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2669

JOSE MONTANEZ,
Appellant

v.

PAULA PRICE, et al.

(M.D. Pa. No. 3-22-cv-01267)

Present: KRAUSE, BIBAS and AMBRO, Circuit Judges

1. Appellees Motion for Reconsideration Regarding Order for Supplemental Briefing (Dk. 76) with Brief in Support

2. Appellees Motion for Extension of Time Regarding Order for Supplemental Briefing (Dk. 76), additional thirty (30) days, or until Wednesday, November 20, 2024

                                                                      Respectfully,
                                                                      Clerk/KY

_____ORDER_____

The motion for reconsideration is DENIED. The motion for extension of time is GRANTED IN PART. Appellees shall submit their response to the Court's order on or before Friday, November 1, 2024.

                                                                      By the Court,

                                                                      s/Cheryl Ann Krause
                                                                      Circuit Judge

**Dated:      10/28/2024**
**KY/cc:      All Counsel of Record**