UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2669

Jose Montanez v. Paula Price; et al.

MDPA No. 3-22-cv-01267

**O R D E R**

At the direction of the Court, by January 31, 2025, Appellant Jose Montanez and the Commonwealth Appellees shall each submit supplemental letter briefs of no more than five single-spaced pages addressing whether the automatic stay issued by the Bankruptcy Court applies to Appellant's claims against the Commonwealth Appellees. See In re Wellpath Holdings, Inc., No. 24-90533 (Bankr. S.D. Tex. Jan. 14, 2025) (Dkt. No. 962). The briefs should address, among other things, whether the claims against the Commonwealth Appellees constitute claims against "the Debtors' current clients or customers or their current or former employees." Id.

The parties shall also advise whether they intend to (1) object to the entry of the Final Order enforcing the automatic stay by the February 7th deadline set forth in Dkt. No. 962; (2) file a proof of claim with the Bankruptcy Court by the April 7th General Bar Date set forth in Dkt. No. 491; or (3) seek relief from the automatic stay.

For the Court,

PATRICIA S. DODSZUWEIT
Clerk

Dated: Friday, January 24, 2025

AR/cc: All Counsel of Record