UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2669**

Montanez v. Price

To:    Clerk

    1) Status Report filed by Appellee Wellpath, LLC

---

    An automatic stay of the above-captioned appeal was entered on February 12, 2025, based upon the Suggestion of Bankruptcy filed by Appellee Wellpath, LLC.  Upon consideration of the foregoing status report advising that the automatic stay has been lifted, the stay of the appeal entered on February 12, 2025, is hereby LIFTED.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: June 2, 2025
Gch/cc: All Counsel of Record